## PHIL RED V. THE STATE.

### No. 4902. Decided February 13, 1918.

**Local Option—Withdrawal of Appeal.**

Appellant having filed an application properly certified and sworn to asking the withdrawal of his appeal, the same is granted and the appeal dismissed.

Appeal from the District Court of Smith. Tried below before the Hon. J. R. Warren.

Appeal from a conviction of a violation of the local option law; penalty, five years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*E. B. Hendricks,* Assistant Attorney General, for the State.

DAVIDSON, PRESIDING JUDGE.—Appellant was convicted of violating the local option law and prosecuted an appeal.

The record is without statement of facts or bills of exception and was submitted upon the record at the last session of this court. Since its submission appellant has filed an application, properly certified and sworn to, asking the withdrawal of his appeal.

The application will be granted and the appeal will be dismissed at appellant's request.

*Dismissed.*